# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0916

VERSUS

ERIC LONG, JR.                                        **OCTOBER 24, 2022**

---

In Re:    Eric Long, Jr., applying for supervisory writs, 18th
          Judicial District Court, Parish of Pointe Coupee, No.
          80862.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the motion to correct an illegal sentence, documentation regarding the probation revocation, the probation revocation transcript, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
FOR THE COURT